# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-1116
LT Case No. 2018-CF-003016-A

———————————————

JOHN E. MILES,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————

Petition for Writ of Habeas Corpus,
A Case of Original Jurisdiction.

John E. Miles, Chipley, pro se.

No Appearance for Respondent.

January 3, 2025

PER CURIAM.

Because it appears that Petitioner's filings are abusive, repetitive, malicious, or frivolous filings, Petitioner is cautioned that any further pro se filings in this Court directed to Duval County Circuit Court Case No. 2018-CF-003016-A may result in sanctions such as a bar on pro se filing in this Court and referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. *See* § 944.279(1), Fla. Stat. (2024); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

PETITIONER CAUTIONED.


EDWARDS, C.J., and HARRIS and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____